# United States Bankruptcy Court

## Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013

---

IN RE:                                                                    CASE NO: 8–10–79786–ast

   Joseph J Galea

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                CHAPTER: 13

   xxx–xx–0458

         DEBTOR(s)

---

## NOTICE OF AUTOMATIC DISMISSAL OF CASE

## UNDER BANKRUPTCY CODE § 521 (i)(1)

1) This case was filed on December 20, 2010 with deficiencies.

2) A Notice of Deficiency Filing was sent on December 20, 2010 informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on January 19, 2011 notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Dated: February 7, 2011

                 For the Court, Robert A. Gavin, Jr., Clerk of Court